UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

In Re: )  BK No.: 14-10661
Lisandro Medina )
)
) Chapter: 7
)
) Honorable Donald R. Cassling
)
)
Debtor(s) )

**Order Awarding Final Compensation to Trustee's Attorneys**

THIS MATTER BEING HEARD on the Application for Allowance and Payment of Final Compensation to Baldi Berg, Ltd. Attorneys for Trustee, notice having been given, and the Court being duly advised:

IT IS HEREBY ORDERED that Baldi Berg, Ltd. is allowed final compensation in the amount of $1,753.50;

IT IS FURTHER ORDERED that the Joseph A. Baldi, Trustee is authorized to pay the allowance listed above from the estate funds as part of the Trustee's final distribution in this case.

Enter: *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated: June 02, 2015

**Prepared by:**

Joseph A. Baldi/Atty ID 00100145
Baldi Berg, Ltd.
20 N. Clark St.   Suite 200
Chicago, IL  60602
312.726.8150