# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: §
 §
 §
MEDINA, LISANDRO § Case No. 14-10661
 §
 §
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joseph A. Baldi, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 114,838.00              Assets Exempt: 30,513.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 1,988.25    Claims Discharged
                                              Without Payment: 55,997.73

Total Expenses of Administration: 3,000.75

---

3) Total gross receipts of $ 4,989.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 4,989.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 123,289.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 3,000.75 | 3,000.75 | 3,000.75 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 57,985.00 | 44,337.98 | 44,337.98 | 1,988.25 |
| **TOTAL DISBURSEMENTS** | $ 181,274.00 | $ 47,338.73 | $ 47,338.73 | $ 4,989.00 |

4) This case was originally filed under chapter 7 on 03/24/2014 . The case was pending for 16 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/10/2015          By: /s/Joseph A. Baldi
                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| STOCK | 1129-000 | 4,989.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 4,989.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Quicken Loans Attn: Bankruptcy Dept. 20555 Victor Pkwy Livonia MI 48152 | | 123,289.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 123,289.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH A. BALDI, TRUSTEE | 2100-000 | NA | 1,247.25 | 1,247.25 | 1,247.25 |
| BALDI BERG. LTD | 3110-000 | NA | 1,753.50 | 1,753.50 | 1,753.50 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 3,000.75 | $ 3,000.75 | $ 3,000.75 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | [X] None | | 0.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 1 BANK OF America Attn: Bankruptcy Dept. Po Box 982235 El Paso TX 79998 | | 13,648.00 | NA | NA | 0.00 |
| | 4 Equifax Attn: Bankruptcy Dept. PO Box 740241 Atlanta GA 30374 | | 0.00 | NA | NA | 0.00 |
| | 5 Experian Attn: Bankruptcy Dept. PO Box 2002 Allen TX 75013 | | 0.00 | NA | NA | 0.00 |
| | 7 Transunion Attn: Bankruptcy Dept. PO Box 1000 Chester PA 19022 | | 0.00 | NA | NA | 0.00 |
| 000001 | DISCOVER BANK | 7100-000 | 16,891.00 | 16,891.16 | 16,891.16 | 757.45 |
| 000002 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 7100-000 | 21,033.00 | 21,033.28 | 21,033.28 | 943.20 |
| 000003 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 7100-000 | 6,413.00 | 6,413.54 | 6,413.54 | 287.60 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 57,985.00 | $ 44,337.98 | $ 44,337.98 | $ 1,988.25 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 14-10661 | Judge: Donald R Cassling |
|---|---|---|
| Case Name: | MEDINA, LISANDRO | |
| For Period Ending: | 07/10/15 | |

| Trustee Name: | Joseph A. Baldi |
|---|---|
| Date Filed (f) or Converted (c): | 03/24/14 (f) |
| 341(a) Meeting Date: | 05/09/14 |
| Claims Bar Date: | 01/21/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 7809 S Peoria Chicago, IL 60620 (rental property) Lien exceeds market value | 115,000.00 | 0.00 | | 0.00 | FA |
| 2. FINANCIAL ACCOUNTS | 538.00 | 0.00 | | 0.00 | FA |
| 3. Household Goods | 1,250.00 | 0.00 | | 0.00 | FA |
| 4. BOOKS/COLLECTIBLES | 150.00 | 0.00 | | 0.00 | FA |
| 5. WEARING APPAREL | 100.00 | 0.00 | | 0.00 | FA |
| 6. FURS AND JEWELRY | 100.00 | 0.00 | | 0.00 | FA |
| 7. INSURANCE POLICIES Term Life Insurance - No Cash Surrender Value | 0.00 | 0.00 | | 0.00 | FA |
| 8. Pension / Profit Sharing | 24,000.00 | 0.00 | | 0.00 | FA |
| 9. STOCK Trustee settled with Debtor per Court order dated 1/20/15 | 13,942.00 | 13,942.00 | | 4,989.00 | FA |
| 10. VEHICLES | 4,213.00 | 0.00 | | 0.00 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $159,293.00 | $13,942.00 | | $4,989.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

As of Petition Date, Debtor held T-Mobile stock awards in a brokerage account. The stock awards vested post-petition.
The Trustee settled with the Debtor, pursuant to Court order 1/20/15, for a turnover of the post-petition value of the
stock. Trustee reviewed claims. Final report filed 5/7/15. Final hearing held 6/2/15. Final distribution made.
Trustee received zero balance bank statement in July 2015 and prepared TDR.

LFORM1

Ver: 18.05

**UST Form 101-7-TDR (10/1/2010)** *(Page: 6)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit 8

| | | |
|---|---|---|
| Case No: | 14-10661    Judge: Donald R Cassling | Trustee Name:    Joseph A. Baldi |
| Case Name: | MEDINA, LISANDRO | Date Filed (f) or Converted (c):    03/24/14 (f) |
| | | 341(a) Meeting Date:    05/09/14 |
| | | Claims Bar Date:    01/21/15 |

Initial Projected Date of Final Report (TFR): 04/30/15     Current Projected Date of Final Report (TFR): 04/30/15

LFORM1

**UST Form 101-7-TDR (10/1/2010)** *(Page: 7)*

Ver: 18.05

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 14-10661 -DJC | Trustee Name: | Joseph A. Baldi |
| --- | --- | --- | --- |
| Case Name: | MEDINA, LISANDRO | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******7444 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8561 | | |
| For Period Ending: | 07/10/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/19/15 | 9 | BANK OF AMERICA, N.A. - CASHIER'S CHECK REMITTER: YAHAIRA MEDINA LOCATION: DIVERSEY & NARRAGANSETT | SETTLEMENT - STOCK | 1129-000 | 4,989.00 | | 4,989.00 |
| 06/03/15 | 001001 | Joseph A. Baldi, Trustee c/o Baldi Berg, Ltd. 20 N Clark Street, Ste. 200 Chicago, Illinois 60602 | Trustee Compensation | 2100-000 | | 1,247.25 | 3,741.75 |
| 06/03/15 | 001002 | Baldi Berg, Ltd. 20 N. Clark Street, Ste. 200 Chicago, IL 60602 | Attorney for Trustee Fees (Trustee | 3110-000 | | 1,753.50 | 1,988.25 |
| 06/03/15 | 001003 | Discover Bank DB Servicing Corporation PO Box 3025 New Albany, OH 43054-3025 | Claim 000001, Payment 4.48430% | 7100-000 | | 757.45 | 1,230.80 |
| 06/03/15 | 001004 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | Claim 000002, Payment 4.48432% | 7100-000 | | 943.20 | 287.60 |
| 06/03/15 | 001005 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | Claim 000003, Payment 4.48426% | 7100-000 | | 287.60 | 0.00 |

Page Subtotals    4,989.00    4,989.00

Ver: 18.05

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

FORM 2

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 14-10661 -DJC | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|
| Case Name: | MEDINA, LISANDRO | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******7444 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8561 | | |
| For Period Ending: | 07/10/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 4,989.00 | 4,989.00 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 4,989.00 | 4,989.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 4,989.00 | 4,989.00 | |

| | | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|---|
| | | TOTAL - ALL ACCOUNTS | | | | |
| | | Checking Account (Non-Interest Earn - ********7444 | | 4,989.00 | 4,989.00 | 0.00 |
| | | | | ---------------------- | ---------------------- | ---------------------- |
| | | | | 4,989.00 | 4,989.00 | 0.00 |
| | | | | ============ | ============ | ============ |
| | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     0.00     0.00

Ver: 18.05

LFORM24
**UST Form 101-7-TDR (10/1/2010)** *(Page: 9)*